UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 5:09cr3DCB-LRA

LUTHER M. VINE

## FINAL ORDER OF FORFEITURE

WHEREAS, on April 29, 2010, this Court entered a Preliminary Order of Forfeiture, ordering defendant **LUTHER M. VINE** to forfeit the following property (the Subject Property),

## PERSONAL PROPERTY

(1) **One Remington rifle, Model 700, .300 Win Mag, Serial number G6361476;**
(2) **One Remington rifle, Model 550-1,.22 caliber, serial number unknown;**
(3) **One Marlin rifle, Model 336, 30-30 caliber, serial number 19150486;**
(4) **One Remington rifle, Model 742, 30-06 caliber, serial number B7224494;**
(5) **One Smith and Wesson revolver, Model 10-5, .38 caliber, serial number 68153; and**
(6) **any and all ammunition seized.**

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

## PERSONAL PROPERTY

(1) **One Remington rifle, Model 700, .300 Win Mag, Serial number G6361476;**
(2) **One Remington rifle, Model 550-1,.22 caliber, serial number unknown;**
(3) **One Marlin rifle, Model 336, 30-30 caliber, serial number 19150486;**
(4) **One Remington rifle, Model 742, 30-06 caliber, serial number B7224494;**
(5) **One Smith and Wesson revolver, Model 10-5, .38 caliber, serial number 68153; and**
(6) **any and all ammunition seized.**

is hereby forfeited to the United States of America pursuant to Title18, United States Code, §853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

SO ORDERED, ADJUDGED, AND DECREED this   26th   day of   July   , 2010.

         s/ David Bramlette
         HONORABLE DAVID C. BRAMLETTE, III
         UNITED STATES DISTRICT JUDGE